UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER and FOREST ISSUES GROUP,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES FOREST SERVICE,<br><br>　　　　　Defendant. | No. C-03-0449 SC<br><br>ORDER REMANDING CASE TO UNITED STATES <u>FOREST SERVICE</u> |

　　　Pursuant to the Opinion and Decision of the United States Court of Appeals for the Ninth Circuit, filed December 19, 2005, in the above matter, said action is REMANDED to the United States Forest Service for actions consistent with said Opinion.

　　　IT IS SO ORDERED.

　　　Dated: January 6, 2006

　　　　　　　　　　　　　　　　　　　　*/s/ Samuel Conti*
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE